**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Before LINN, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

COTAPAXI CUSTOM DESIGN AND MANUFACTURING, LLC (doing business as Cotapaxi, Inc.), Plaintiff–Appellant,

v.

CORPORATE EDGE, INC., Scott Levy, and Robyn Salzman, Defendants–Appellees.

No. 2008–1055.

United States Court of Appeals, Federal Circuit.

July 15, 2008.

Martin GOLDBERG, Martin Diggelman, Earl Hubbell, Glenn McGall, Nam Quoc Ngo, MacDonald Morris, Mel Yamamoto, Jennifer Tan, and Richard P. Rava, Appellants,

v.

Jay K. BASS, John F. McEntee, Tim J. Lazaruk, Maryam Mobed–Miremadi, and Brent T. Tolosko, Appellees.

No. 2007–1519.

United States Court of Appeals, Federal Circuit.

July 15, 2008.

Surjit P. Soni, The Soni Law Firm, of Pasadena, California, argued for plaintiff-appellant. With him on the brief was Leo E. Lundberg, Jr.

Stephen R. Buckingham, Lowenstein Sandler PC, of Roseland, New Jersey, argued for defendants-appellees.

Sandra E. Wells, Affymetrix, Inc., of, Santa Clara, CA, argued for appellants. On the brief were Oliver R. Ashe, Jr., and Azadeh S. Kokabi, Ashe, P.C., of Reston, VA. Of counsel was Stephen C. Holmes, Affymetrix, Inc., of Emeryville, CA.